FILED
March 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002518733

Law Offices of
SIDNEY L. ALEGRE #188172
1103 Holly Drive
Tracy, CA 95376
Telephone: (209) 830-2939

Attorney for Debtor
Stella Bisi

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In Re:

STELLA BISI,

        Debtor.

Bankruptcy Case No. 10-26896-C-7

DCN- SLA-1

MOTION FOR TRUSTEE TO ABANDON BUSINESS ASSETS

Date: May 4, 2010
Time: 9:30 am
Place: 501 "I" Street, Courtroom 35
Sacramento, CA

Debtor hereby requests an order for the trustee to abandon the business assets of Debtor, known as Happyfaces Childcare, for the reasons set forth in the Declaration of Debtor, filed concurrently herewith.

Dated: March 26, 2010

/s/ Sidney L. Alegre
Sidney L. Alegre, Attorney for Debtor
Stella Bisi